ACCEPTED
01-15-00275-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 5:22:06 PM
CHRISTOPHER PRINE
CLERK

# IN THE FIRST COURT OF APPEALS
## Sitting at Houston, TX

### NO. 01-15-00275-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/14/2015 5:22:06 PM

CHRISTOPHER A. PRINE
Clerk

## WALTER BALLARD,
### Appellant,

## Versus

## THE STATE OF TEXAS,
### Appellee.

### Appeal from the 183rd Judicial District Court
### Harris County, Texas- Cause No. 1390115
### Honorable Vanessa Velasquez Presiding

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**TO THE HONORABLE JUSTICES OF
THE FIRST COURT OF APPEALS:**

COMES NOW **MAVERICK RAY**, the attorney of record for Defendant in the above styled and numbered cause and moves the Court to be allowed to withdraw as the Defendant's attorney of record and would show the court the following:

I.

As of a letter received by undersigned Counsel, Maverick Ray on October 13, 2015 that was written on October 7, 2015 and mailed to undersigned Counsel from the Michaels Unit in Tennessee Colony, TX by the Appellant Walter Harvey Ballard Jr., the contents of that letter have shown Counsel that there is an irreconcilable conflict of interest between both Appellant and Defense counsel. Appellant has expressed intentions that undersigned counsel no longer work on Appellant's appeal and agrees with Counsel withdrawing from this case.

WHEREFORE, the undersigned counsel prays that he be allowed to withdraw as attorney of

record for the Defendant in this case.

Respectfully Submitted,

*/s/ Maverick J. Ray*

**MAVERICK RAY**
1419 Franklin ST.
Houston, Texas 77002
Telephone: (281) 947-2007
Facsimile: (713) 714-2225
SBN: 24080451

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing motion has been this day hand delivered or sent via facsimile, to the following:

Hon. Vanessa Velasquez
Presiding Judge  183rd District Court
1201 Franklin – 18th Floor  Houston, Texas 77002
Fax: (713) 755-4882

Chris Daniel
Harris County District Clerk  1201 Franklin,
3rd Floor, Suite 3138
Harris County Criminal Justice Center  Houston, Texas 77002

Alan Curry
Chief of Harris County District Attorney's Office Appellate Division
1201 Franklin, 6th Floor, Suite 600
Harris County Criminal Justice Center
Houston, Texas 77002

Dated: September 25, 2015

/s/ *Maverick J. Ray*
Maverick J. Ray

# IN THE FIRST COURT OF APPEALS
## Sitting at Houston, TX

## NO. 01-15-00275-CR

## WALTER BALLARD,
### Appellant,

## Versus

## THE STATE OF TEXAS,
### Appellee.

### ORDER ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Came on to be considered the motion of MAVERICK RAY to withdraw as attorney of record for

Defendant.  Having consent to the motion and it is hereby

_____GRANTED.

_____DENIED.

IT IS SO ORDERED.

SIGNED ON _____, 20_____.

_____
JUDGE PRESIDING